UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CAUSE NO. 2:12-CR-61 RM |
| | ) |
| JEREMY L. CULVER | ) |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon hearing on mental competency entered on November 14, 2014. Accordingly, the court ADOPTS those findings and recommendations [docket # 76] and FINDS that defendant Jeremy Culver is competent to stand trial.

SO ORDERED.

ENTERED: December 2, 2014

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana